## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**RAJ ENTERPRISES OF CENTRAL
FLORIDA LLC,**

      **Plaintiff,**

**v.**                                                      **Case No: 5:14-cv-344-Oc-30PRL**

**SELECT LABORATORY PARTNERS
INC**

      **Defendant.**

_____

## ORDER

This case comes before the Court on Plaintiff's Motion for Temporary Admission (Doc. 16).   The action was transferred to this division from the United States District Court for the Northern District of Florida.   (Doc. 1).   Plaintiff's attorney, Mark S. Thomas, is not currently a member of the Bar of the Middle District of Florida.   Attorney Thomas, however, has filed an application for admission and recites that he has been advised that he will be sworn into and admitted to practice before the Court on August 13, 2014.   (Doc. 16).

Upon due consideration, the Motion for Temporary Admission to Practice in the United States District Court, Middle District of Florida (Doc. 16) is **GRANTED**.   Pursuant to Local Rule 2.02(d), Mark S. Thomas is granted temporary admission to the Bar of the Middle District of Florida to represent Plaintiff in this action for 30 days or until counsel has obtained general admission to the Bar of this Court, whichever is earlier.   Failure to obtain general admission to the Bar of this Court within 30 days will result in the Court terminating Mark S. Thomas as counsel of record for Plaintiff.

**DONE** and **ORDERED** in Ocala, Florida on July 15, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties