**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RAJ ENTERPRISES OF CENTRAL
FLORIDA LLC,

     Plaintiff,

v.                                     Case No: 5:14-cv-344-Oc-30PRL

SELECT LABORATORY PARTNERS
INC,

     Defendant.

_____

ORDER

The Court has been advised by Mediator Charles Carter that the above-styled action

has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this

order, to submit a stipulated form of final order or judgment should they so choose **or** for

any party to move to reopen the action, *upon good cause shown*.   After that 60-day period,

however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as

moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record