IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RAJ ENTERPRISES OF CENTRAL
FLORIDA, LLC d/b/a PINNACLE
LABORATORY SERVICES,

     Plaintiff,

v.                                        CASE NO: 5:14-CV-344-Oc-30-PRL

SELECT LABORATORY PARTNERS, INC.,

     Defendant.
_____

## ORDER OF DISMISSAL

     This cause came before the Court following notice of settlement of all claims at Mediation and the Stipulation of the parties for this Order of Dismissal. The Court, having reviewed the Stipulation and being otherwise duly advised in the premises, it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED,** with prejudice, each party to bear its own attorney's fees and costs. The Court reserves jurisdiction, for one year from the date of this Order, to enforce the terms of the Settlement Agreement at Mediation entered into by the parties on August 14, 2015.

     **DONE and ORDERED** in Tampa, Florida, this the 19th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\15-cv-344 parties dismissal.docx